# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| MELACKE ZERESENAY, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | Case No.  4:20-cv-361-CLM-GMB |
| ) | |
| WARDEN ETOWAH COUNTY ) | |
| JAIL, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **MEMORANDUM OPINION**

On September 9, 2021, the Magistrate Judge entered a report recommending the court grant the respondents' motion to dismiss the petition as moot due to Petitioner Melacke Zeresenay's release under an order of supervision.  (Doc. 20). Although the Magistrate Judge advised Zeresenay of his right to file specific written objections within 14 days, he has filed no objections.[1]

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court **ADOPTS** the Magistrate Judge's report and **ACCEPTS** his recommendation.  Accordingly, the

---

[1] The report and recommendation, mailed to Zeresenay at the Etowah County Detention Center, was returned as undeliverable.  (Doc. 21).  However, the Clerk also mailed the report and recommendation to Zeresenay at his forwarding address.  (Doc. 18-1, Pitman Decl. at 1; Doc. 20 at 3).  That mailing has not been returned as undeliverable.

court will **GRANT** the respondents' motion to dismiss the petition as moot. (Doc. 18). The court will dismiss this matter by separate order.

**DONE** and **ORDERED** on September 29, 2021.

_____
**COREY L. MAZE**
UNITED STATES DISTRICT JUDGE